## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| COMBAT ZONE CORP. | ) |
| 9329 Mason Ave. | ) |
| Chatsworth, CA 91311 | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 1:12-cv-172 |
| | ) |
| DOES 1 – 7 | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)
## AND FINAL STATUS REPORT

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

In this case, Plaintiff has been unable to obtain the identities of the John Does (except for one, whose case Plaintiff is still reviewing). Plaintiff therefore dismisses this case without prejudice.

Respectfully submitted this 8th day of December, 2012.

FOR THE PLAINTIFF:

By:    /s/ Mike Meier
           Mike Meier (D.C. Bar #444132)
           N.D. Florida: Practice limited to federal law.
           The Copyright Law Group, PLLC
           4000 Legato Road, Suite 1100
           Fairfax, VA 22033
           Phone: (888) 407-6770
           Fax: (703) 546-4990
           Email:
           mike.meier.esq@copyrightdefenselawyer.com

           ATTORNEY FOR PLAINTIFF

1